IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22, ET AL., ) ) ) ) Plaintiffs, ) ) v. ) ) HAND ELECTRIC COMPANY and GREEN ELECTRIC, INC., ) ) ) Defendant. ) ) | Case No. 8:08-CV-298 |

## ORDER UPON STIPULATION OF DISMISSAL

Based upon the Stipulation for Dismissal With Prejudice filed by the parties on September 1, 2009, IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated:  September 2, 2009

                                      **BY THE COURT:**

                                      s/ Joseph F. Bataillon
                                      Chief District Judge